United States Bankruptcy Court
Eastern District of New York

In re:     Case No. 23-73807-ast
Walter M Dunn, Jr.     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-8     User: admin     Page 1 of 1
Date Rcvd: Oct 13, 2023     Form ID: 767     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Walter M Dunn, Jr., Post Office Box 1034, Remsenburg, NY 11960-1034 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Krista M Preuss | info@ch13edny.com   mderosa13@ecf.epiqsystems.com |
| United States Trustee | USTPRegion02.LI.ECF@usdoj.gov |

TOTAL: 2

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Walter M Dunn Jr.<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx−xx−7306<br>EIN: _ _−_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court: Eastern District of New York | | Date case filed for chapter: 13  10/13/23 |
| Case number: 8−23−73807−ast | | |

# NOTICE OF DEFICIENCY CONCERNING REQUIREMENT
# OF PHOTO IDENTIFICATION

**NOTICE IS HEREBY GIVEN THAT:**

The bankruptcy petition filed by the above−referenced debtor(s) on October 13, 2023 did not include the following:

☑  An acceptable identification (a state driver's license, a U.S. passport, an identification card issued by a federal, state, or local governmental entity, military identification, a resident alien card, or a student identification card) for Debtor.

☐  An acceptable identification (a state driver's license, a U.S. passport, an identification card issued by a federal, state, or local governmental entity, military identification, a resident alien card, or a student identification card) for Joint Debtor.

The deficiencies identified in this Notice must be cured within fourteen days (14) of the transmission of this Notice or a motion for waiver of the requirement must be made within that time. If the deficiencies are not cured within this time period, the above−referenced bankruptcy filing may be dismissed.

Dated: October 13, 2023

For the Court, Robert A. Gavin, Jr., Clerk of Court

**blntcdefpho3.jsp** [Notice of Deficiency Re: Photo ID 02/01/17]