November 1, 2023

To:        US Bankruptcy Court

From:     Walter M. Dunn, Jr.

Re:       8-23-73807-ast

As per phone request:

Enclosed is a US POSTAL MONEY ORDER in the amount of $ 32.00 as requested. Please apply to the above case number.

In addition, this letter shall serve to confirm that I do not have any pay stubs or documentation as to any income at this time. Please reflect in my petition.

Thanking you in advance.

Walter Dunn

*Walter M Dunn, Jr* (signature)