# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

290 Federal Plaza
Central Islip, NY 11722

---

IN RE:

Walter M Dunn, Jr.
aka Walter Dunn,

Debtor

---

Case No.  23-73807-ast
Chapter 13

## REQUEST FOR JUDICIAL DETERMINATION
## CONCERNING DISMISSAL PURSUANT TO 11 U.S.C. § 521(i)

The Clerk's Office requests the Court to determine whether this case should be dismissed pursuant to 11 U.S.C. § 521(i). The following deficiencies under 11 U.S.C. § 521(a)(1) are noted:

- ☐ Notice to Individual Debtor with Primarily Consumer Debts under 11 U.S.C. § 342(b) (Official Form 2010)
- ☐ Schedule A/B (Property) (Official Form 106A/B)
- ☐ Schedule D (Creditors Who Have Claims Secured By Property) (Official Form 106D)
- ☐ Schedule E/F (Creditors Who Have Unsecured Claims) (Official Form 106E/F)
- ☐ Schedule I (Your Income) (Official Form 106I)
- ☐ Schedule J (Your Expenses) (Official Form 106J)
- ☐ Schedule J-2 (Expenses for Separate Household of Debtor 2) (Official Form 106J-2) (*if applicable*)
- ☑ Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)
- ☐ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Official Form 122C-1)
- ☐ Chapter 13 Calculation of Your Disposable Income (Official Form 122C-2)
- ☐ Copies of Pay Statements received within 60 days of filing from any employer or a statement indicating this requirement is not applicable

**NOW, THEREFORE, IT IS HEREBY ORDERED, THAT**

☐ The Clerk's Office is directed to dismiss this case pursuant to 11 U.S.C. § 521(i)(1).

☐ The Clerk's Office is directed to dismiss this case pursuant to 11 U.S.C. §521(i)(1). Notwithstanding the dismissal, the Court shall retain jurisdiction pursuant to 11 U.S.C. §349 (b)(3) to hear and determine the motion by _____ dated _____ seeking in rem relief (ecf_____).

☐ The Clerk's Office is directed not to dismiss this case pursuant to 11 U.S.C. § 521(i)(1) for the following reasons:

_____

_____